630

*In re* **JONES**, Vincent R. (MR 20138)
Matteson, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Vincent R. Jones is suspended from the practice of law for three years and until further order of the Court.

*In re* **KONAN**, Raymond W. (MR 20127)
Vienna, VA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Raymond W. Konan, who has been disciplined in the State of Virginia, is disbarred in the State of Illinois.